No. 11–451. CONNECTICUT v. LENARZ. Sup. Ct. Conn. Certiorari denied.

ET AL. C. A. 3d Cir. Certiorari denied.